UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                         Chapter 13
Stuart Warner Curtis, Jr.                      Case No. **12-55916 CN**

Debtor(s)_____/             MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

_X__ 1. With respect to the monthly plan payments of **$200.00 per month, then $1,000.00 per month therafter.** _____, those payments shall:
　　　_X__ be suspended for the months of **DELINQUENT BALANCE OF $400.00 THROUGH JUNE 2013**____
　　　___ be increased to $_____, effective _____
　　　___ be decreased to $_____, effective _____
　　　X___ [other] **SUSPEND PREVIOUSLY INFORMALLY SUSPENDED PAYMENTS TOTALLING $600.00.**

___ 2. With regard to secured claims:
　　　___ to treat the claim(s) of additional creditors as secured, as follows:
　　　　　Creditor Name　　　　　　Value of Collateral　　　　　Monthly Pmt (if fixed)　　　Interest Rate (must be specified)

　　　___ to change the treatment of certain secured claims, as follows:
　　　　　Creditor Name　　　　　　Value of Collateral　　　　　Monthly Pmt (if fixed)　　　Interest Rate (must be specified)

　　　___ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___ 3. With regard to general unsecured claims, to change the dividend paid:
　　　___ from _____ % to _____ %
　　　___ from a pot plan* of $_____ to a pot plan* of $_____
　　　___ from a percentage plan at _____ % to a pot plan* of $_____
　　　___ from a pot plan* of $_____ to a percentage plan at _____%
　　　* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

___ 4. Other modifications:

　　5. Debtor(s)' reason(s) for requesting the above modification are: **Debtor was evicted from his home, therefore debtor had to rent a new place and give first and last month rent.**

　　6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated:__6-12-13_____              /s/ Jason Vogelpohl #252407_____
Rev. 2/05                                       [Attorney for] Debtor(s)